```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION

IN RE:  BRYON J. NELSON-HENRY,        {   CHAPTER 13
                                      {
                                      {
          DEBTOR(S)                   {   CASE NO. A18-68754-SMS
                                      {
                                      {   JUDGE SIGLER
```

**OBJECTION TO CONFIRMATION**

COMES NOW Mary Ida Townson, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

1. The Debtor(s)' payments under the proposed plan are not current.

2. Debtor(s)' has failed to attend the 11 U.S.C. Section 341 hearing.

3. Debtor(s) has not filed a plan as required by 11 U.S.C. Section 1321.

4. Debtor(s) has not filed schedules as required by Bankruptcy Rule 1007.

5. Debtor(s) has not filed a statement of current monthly income and calculation of commitment period and disposable income as required by Rule 1007(b)(6) F.R. Bankr. P.

6. The Debtor(s) has failed to file a statement of financial affairs in possible violation of 11 U.S.C. Section 521(a)(1)(B)(iii).

7. The Debtor(s)' bankruptcy counsel has failed to file a statement of compensation as required by 11 U.S.C. Section 329(a) and Fed. R. Bankr. P. 2016(b).

8. The Debtor(s) has failed to provide the Trustee with a copy of the federal tax return or transcript of such return for the most recent tax year ending immediately before the commencement of the instant case and for which a federal income tax return was filed, in violation of 11 U.S.C. Section 521(e)(2)(A)(i).

Mary Ida Townson, Chapter 13 Trustee
Suite 2200
191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
404-525-1110
eds@atlch13tt.com

    9.  The Debtor(s)' has/have not filed copies of all payment advices or other evidence of payments received within sixty (60) days before the date of the filing of the petition as required by 11 U.S.C. §521(a)(1)(B)(iv) and Rule 1007(b)(1)(E) F.R. Bankr. P.

    10.  Pursuant to information received from the Internal Revenue Service, 2016-2017 tax returns have not been provided to the taxing authorities; thereby, preventing the Chapter 13 Trustee from evaluating the feasibility of the Chapter 13 plan, in violation of 11 U.S.C. Sections 1322(d) and 1325(a)(6).

    WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny confirmation of this Debtor's(s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

    January 3, 2019

                                                            /s  
                                      K. Edward Safir, Attorney  
                                      for Chapter 13   Trustee  
                                      GA Bar No. 622149

Mary Ida Townson, Chapter 13 Trustee  
Suite 2200  
191 Peachtree Street, N.E.  
Atlanta, GA 30303-1740  
404-525-1110  
eds@atlch13tt.com

A18-68754-SMS

**CERTIFICATE OF SERVICE**

     This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

BYRON J NELSON-HENRY
8131 NOLAN TRAIL
SNELLVILLE, GA 30039

CREDITOR(S): (*if applicable*)


I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

ATTORNEY FIRM NAME

C. ROBIN WYATT, ESQ
P.O. BOX 851
SNELLVILLE, GA 30078


This 3rd day of January, 2019


       /s/
_____
K. Edward Safir, Esq.
Standing Chapter 13 Trustee
GA Bar No. 622149




Mary Ida Townson, Chapter 13 Trustee
Suite 2200
191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
404-525-1110
eds@atlch13tt.com